## DECLARATION OF ANDREA CARRIER

I, Andrea Carrier, declare as follows:

1. I am over the age of 18 and reside in San Diego County, California. I make the following declaration based on my personal knowledge. If called upon to testify as a witness, I could and would competently testify thereto.
2. My son, Brandon Yates, was born on May 17, 1999. I am his biological mother.
3. Brandon died in the city and county of San Diego on January 16, 2024. He was 24 years old.
4. At the time of his death, Brandon was not married and he had no children. He did not leave behind any will. He did not leave any testamentary instrument or other written document designating any heir or beneficiary or making any donative transfer of property. Brandon died intestate.
5. No proceeding is pending in California for administration of his estate. No probate proceeding is pending in any other state or country for administration of Brandon's estate.
6. Because at the time of his death, Brandon was not married and had no children, I, along with Brandon's biological father Dan Yates, am decedent Brandon Yates' successors in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeed to the decedent's interest in the action or proceeding.
7. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent's interest in the action or proceeding.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 17, 2025 in Carlsbad, California.

_____
ANDREA CARRIER