CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

CERTIFICATE OF DEATH   3202437001885

| Field | Value |
|---|---|
| NAME OF DECEDENT—FIRST | BRANDON |
| MIDDLE | — |
| LAST | YATES |
| DATE OF BIRTH | 05/17/1998 |
| AGE | 24 |
| SEX | M |
| STATE OF BIRTH | CA |
| SOCIAL SECURITY NUMBER | 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 |
| EVER IN U.S. ARMED FORCES | NO |
| MARITAL STATUS | NEVER MARRIED |
| DATE OF DEATH | 01/16/2024 |
| HOUR | 1414 |
| EDUCATION | HS GRADUATE |
| RACE | WHITE |
| USUAL OCCUPATION | FISHERMAN |
| KIND OF BUSINESS | COMMERCIAL FISHING |
| YEARS IN OCCUPATION | 1 |

| Field | Value |
|---|---|
| DECEDENT'S RESIDENCE | UNK |
| CITY | UNK |
| COUNTY/PROVINCE | UNK |
| ZIP CODE | UNK |
| YEARS IN COUNTY | UNK |
| COUNTRY | UNK |

INFORMANT'S NAME, RELATIONSHIP: ANDREA CARRIER, MOTHER
INFORMANT'S MAILING ADDRESS: UNK

| Field | Value |
|---|---|
| NAME OF SURVIVING SPOUSE—FIRST | — |
| MIDDLE | — |
| LAST | — |
| NAME OF FATHER/PARENT—FIRST | DANNY |
| MIDDLE | — |
| LAST | YATES |
| BIRTH STATE | CA |
| NAME OF MOTHER/PARENT—FIRST | ANDREA |
| MIDDLE | — |
| LAST (BIRTH NAME) | CARRIER |
| BIRTH STATE | MI |

| Field | Value |
|---|---|
| DISPOSITION DATE | 02/02/2024 |
| PLACE OF FINAL DISPOSITION | AT SEA OFF THE COAST OF SAN DIEGO COUNTY |
| TYPE OF DISPOSITION | CREMATE/SCATTER AT SEA |
| SIGNATURE OF EMBALMER | NOT EMBALMED |
| NAME OF FUNERAL ESTABLISHMENT | CREMATION SERVICES INC. |
| LICENSE NUMBER | FD1618 |
| SIGNATURE OF LOCAL REGISTRAR | WILMA WOOTEN MD |
| DATE | 02/02/2024 |

| Field | Value |
|---|---|
| PLACE OF DEATH | SAN DIEGO CENTRAL JAIL |
| COUNTY | SAN DIEGO |
| FACILITY ADDRESS OR LOCATION | 1173 FRONT STREET |
| CITY | SAN DIEGO |

CAUSE OF DEATH
IMMEDIATE CAUSE: ASPHYXIATION
| | |
|---|---|
| TIME INTERVAL | MINS |
| | 24-00174 |

OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: NONE

WAS OPERATION PERFORMED FOR ANY CONDITION: NO

PHYSICIAN CERTIFICATION

CORONER'S USE ONLY
MANNER OF DEATH: OTHER: JAIL
INJURY DATE: 01/16/2024   HOUR: UNK
PLACE OF INJURY: JAIL
DESCRIBE HOW INJURY OCCURRED: PLACED IN A CHOKEHOLD, SMOTHERED, AND STRANGLED BY ANOTHER PERSON
LOCATION OF INJURY: 1173 FRONT STREET, SAN DIEGO, CA 92101

SIGNATURE OF CORONER: DEBRA BERRY MD
DATE: 01/20/2024
TYPE NAME, TITLE OF CORONER: DEBRA BERRY MD, DME

| STATE REGISTRAR | A | B | C | D | E |
|---|---|---|---|---|---|

County of San Diego – Health & Human Services Agency – 5560 Overland Avenue. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED. This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

DATE ISSUED: 2/9/2024

WILMA J. WOOTEN, M.D., M.P.H.
REGISTRAR OF VITAL RECORDS
County of San Diego




A004383760

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE