# DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to the case; I am employed in the County of San Diego, California. My business address is 1600 Pacific Highway, Room 355, San Diego, California, 92101.

On September 18, 2025, I served the following document(s):
**DEFENDANT COUNTY OF SAN DIEGO'S THIRD-PARTY/CROSS-CLAIMS FOR:**
**(1)   CONTRACTUAL INDEMNITY**
**(2)   EQUITABLE INDEMNITY**
**(3)   DECLARATORY RELIEF** in the following manner:

☒   **(BY CM/ECF)** I cause to be transmitted a copy of the foregoing document(s) this date via the United States District Court's ECF System, which electronically notifies all counsel as follows:

Eugene Iredale, Esq.
Julia Yoo, Esq.
Chelsea Reherman. Esq.
Iredale and Yoo, APC
105 West "F" Street, 4th Floor
San Diego, CA 92101-6036
619-233-1525
Email: egiredale@iredalelaw.com
Email: jyoo@iredalelaw.com
Email: creherman@iredalelaw.com
*Attorneys for Plaintiffs*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 18, 2025, at San Diego, California.

By: s/JENNIFER M. MARTIN
E-mail: jennifer.martin2@sdcounty.ca.gov

*(The Estate of Brandon Yates, et al. v. County of San Diego, et al.;*
USDC No. 25-cv-0410-W-MMP)