UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF BRANDON YATES, by and through its successors-in-interest Dan Yates and Andrea Carrier, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>  Defendants. | Case No.: 25-cv-410-W-MMP<br><br>**ORDER GRANTING JOINT MOTION FOR PARTIAL STAY OF DISCOVERY PENDING OUTCOME OF CRIMINAL ACTION**<br><br>[ECF No. 24] |

Before the Court is the parties' Joint Motion for a Partial Stay of Discovery pending the outcome of the criminal trial of Alvin McDonald Ruis III: *People v. Alvin Ruis*, San Diego Superior Court Case No. SCD302252 ("Ruis criminal trial"). ECF No. 24. The parties allege Mr. Ruis was a factor in causing the death of Mr. Yates, and the outcome of Mr. Ruis's trial "could have a significant effect on this action." *Id.* at 2. Furthermore, the parties allege "the majority of the discovery herein will involve Mr. Ruis actions, history and mental health records, all of which are also part of the criminal action, a stay of discovery on this aspect of the case makes sense to avoid any prejudice to the prosecution." *Id.* Accordingly, the County of San Diego and the Estate of Brandon Yates request a partial stay of discovery between each other until the sooner of: April 30, 2026, or the final resolution (through sentencing or dismissal) of the pending charges against Mr. Ruis from the death of Mr. Yates.

In addition, Plaintiffs have indicated they intend to amend their complaint following receipt of documents produced by County Defendants, and County Defendants are seeking

to serve third-party defendants who have not yet appeared in the case. *Id.*

On November 19, 2025, the Court held a conference on the pending motion. ECF No. 28. Though Counsel for Third-Party Defendants Naphcare of San Diego, LLC, Naphcare, Inc., and Third-Party Defendants Liberty Healthcare Corporation, Liberty Healthcare of California, Inc. appeared and participated, the third-party defendants confirmed they do not join the Joint Motion for a Partial Stay of Discovery given their recent entry in the case. The Court **SETS** a Status Conference regarding the continuing developments in the case for **December 9, 2025**, at **10:00 AM** before Magistrate Judge Michelle M. Pettit. The conference is accessible via Zoom: Meeting ID: 161 4032 1421.

Having considered the Motion and for good cause shown, the Court **GRANTS** the parties' request for a partial stay of discovery between the original parties, with some modifications.[1] The Court **ORDERS**:

1. Depositions are **STAYED** until the sooner of: April 30, 2026, or the completion of the Ruis criminal trial.

2. Written discovery directly relating to the prosecution or defense of the pending criminal matters is **STAYED** until the sooner of: April 30, 2026, or the completion of the Ruis criminal trial.

3. The **STAY** is applicable to: Plaintiffs, County of San Diego, and County of San Diego employees.

4. The following discovery devices are excluded from the **STAY**:

   a. Requests for Production agreed to by the parties and served prior to November 7, 2025.

   b. Third party subpoenas seeking the production of documents or things directed to other individuals or entities not directly involved in the

---

[1] Given their recent entry in this case, Defendants Naphcare of San Diego, LLC, Naphcare, Inc., and Liberty Healthcare Corporation, Liberty Healthcare of California, Inc. are not part of this stay.

prosecution or defense of the Ruis criminal trial.

  c. Written discovery on the issues of damages, the identity of witnesses, or jail policies and procedures, or matters not within the limitations above— subject to the limits of thirty (30) Requests for Production and fifteen (15) Interrogatories per side.

5. No later than fourteen (14) days after the criminal trial concludes, the Estate of Brandon Yates and the County of San Diego shall submit a motion for a Case Management Conference before Magistrate Judge Michelle M. Pettit. The Court shall issue a Scheduling Order following that conference.

6. While the Estate of Brandon Yates and County of San Diego—including its employees— have stipulated to toll the statutes of limitations as to the 42 U.S.C. Section 1983 claims and "any state law claims as provided for in California Code of Civil Procedure section 335.1 for the duration of the stay" the Court does not rule on that issue at this time. ECF No. 24 at 3–4. All parties, including third party defendants, shall provide a separate stipulation or motion to the District Court if all parties agree to tolling the statute of limitations.

**IT IS SO ORDERED.**

Dated: November 24, 2025

                _____
                HON. MICHELLE M. PETTIT
                United States Magistrate Judge