# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF BRANDON YATES by and through its successors-in-interest Dan Yates and Andrea Carrier; et al., <br><br>Plaintiffs, <br><br>v. <br><br>COUNTY OF SAN DIEGO; et al, <br><br>Defendants. <br><br>And Related Cross Claim. | Case No.: 25-CV-0410 W (MMP) <br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CROSS CLAIM AGAINST LIBERTY HEALTHCARE CORPORATION AND LIBERTY HEALTHCARE OF CALIFORNIA INC. [DOC. 52]** |

Before the Court is a joint motion to dismiss, without prejudice, all crossclaims against Crossclaim Defendants Liberty Healthcare Corporation and Liberty Healthcare of California, Inc. ("the Liberty Parties"). (Doc. 52.) Good cause appearing, the Court **GRANTS** the joint motion [Doc. 52] and **DISMISSES** the crossclaims against the Liberty Parties without prejudice.

//
//
//

1 | Each party shall beat their respective attorney's fees and costs.

**IT IS SO ORDERED**.

Dated:  January 7, 2026

_____
Hon. Thomas J. Whelan
United States District Judge