EUGENE G. IREDALE: SBN 75292
JULIA YOO: SBN 231163
CHELSEA REHERMAN: SBN 343466
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA  92101-6036
Telephone: (619) 233-1525
Fax: (619) 233-3221

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF BRANDON YATES by and through its successors-in-interest Dan Yates and Andrea Carrier; DAN YATES and ANDREA CARRIER,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, KELLY MARTINEZ, in her individual capacity, RICH WILLIAMS, in his individual capacity, MATTHEW BLACKBURN, in his individual capacity, TONY GANZALEZ in his individual capacity and DOES 1-51,<br><br>　　　　　　　　Defendants. | Case No. 3:25-cv-00410-W-MMP<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO FILE FIRST AMENDED COMPLAINT** *NUNC PRO TUNC* **TO JANUARY 16, 2026**<br><br>Hon. Thomas J. Whelan<br>Department 3C<br><br>Magistrate Michelle M. Pettit<br><br>Hearing Date: _____<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

1  NOTICE IS HEREBY GIVEN that on _____, at 333 West Broadway,
2  San Diego, California 92101, in Department 3C, before the Honorable Thomas J.
3  Whelan, Plaintiffs will, and hereby do, move the Court for leave to file a first amended
4  complaint.

5  The motion will be based upon this notice and the accompanying memorandum
6  of points and authorities and exhibits.

7                                          Respectfully submitted,
8  DATED:    January 16, 2026
                                            *s/ Julia Yoo*
9
10                                          JULIA YOO
                                            Attorneys for Plaintiffs

IREDALE AND YOO, APC